W. F. EDWARDS, Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

L. C. EDWARDS, Jr., Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 15132.

United States Court of Appeals, Fifth Circuit.

Jan. 18, 1955.

1. See Beecher v. Smithson, 9 Cir., 217 F.2d 304.

George W. Ericksen, Chester H. Ferguson (of MacFarlane, Ferguson, Allison & Kelly), Tampa, Fla., for petitioner.

Robert B. Ross, Sp. Asst. to Atty. Gen. Ellis N. Slack, Asst. Atty. Gen., H. Brian Holland, Asst. Atty. Gen., Daniel A. Taylor, Chief Counsel Int. Rev. Serv., Rollin H. Transue, Sp. Atty., Washington, D. C., for respondent.

Before HUTCHESON, Chief Judge, and RIVES and TUTTLE, Circuit Judges.

PER CURIAM.

Affirmed, 20 T.C. 615. Watson v. Commissioner, 345 U.S. 544, 73 S.Ct. 848, 97 L.Ed. 1232, rehearing denied, 345 U.S. 1003, 73 S.Ct. 1128, 97 L.Ed. 1408.